No. 761. NATIONAL THEATRES CORP. *v.* BERTHA BUILDING CORP.; and

No. 840. GUMBINER THEATRICAL ENTERPRISES, INC., *v.* NATIONAL THEATRES CORP. C. A. 2d Cir. Certiorari denied. *Frederick W. R. Pride* and *John F. Caskey* for the National Theatres Corporation. *Boris Kostelanetz* and *Eugene Gressman* for petitioner in No. 840 and respondent in No. 761. *James M. Landis* was also on the petition in No. 840. Reported below: 248 F. 2d 833.

No. 768. ROGERS *v.* WHITE METAL ROLLING & STAMPING CORP. C. A. 2d Cir. Certiorari denied. *John J. Hunt* for petitioner. *Francis A. Smith, Jr.* for respondent.

No. 777. SMALLER *v.* LEACH ET AL. Supreme Court of Colorado. Certiorari denied. *Francis P. O'Neill* for petitioner. Respondents *pro se.*

No. 830. CAPITOL COAL CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Nathan Frankel* for petitioner. Solicitor General *Rankin*, Assistant Attorney General *Rice* and *Lee A. Jackson* for respondent.

No. 837. KINSEY ET AL. *v.* KNAPP ET AL. C. A. 6th Cir. Certiorari denied. *George E. Brand* and *George E. Brand, Jr.* for petitioners. *Richard Ford* for Knapp et al., respondents.